**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00400-LTB-PAC

ROLEX WATCH U.S.A., INC.,
    Plaintiff,

v.

PRINTER SUPPLIES, INC., a/k/a PSI, and
SCOTT HAWKINS,
    Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


    Plaintiff's Motion for Leave to File Second Amended Complaint (Doc 17 - filed August 11, 2005) is **GRANTED**.  Plaintiff is directed to file its Second Amended Complaint.




Dated:  August 12, 2005
_____