**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-00400-LTB-PAC

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

v.

SCOTT HAWKINS,

    Defendant.
_____

**ORDER**
_____

THIS MATTER comes before the Court, sua sponte for review. An Order to Show Cause was issued on March 20, 2007 giving Plaintiff up to and including March 29, 2007 to show cause why this matter should not be dismissed for failure to prosecute. To date no response has been filed or good cause shown. It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

Dated: March 30, 2007